IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                       PLAINTIFF

v.                       No. 4:16-cr-75-DPM

ATOMIC TUCKER HILL, III                       DEFENDANT
Reg. No. 30790-009

## ORDER

Hill moves to reduce his sentence based on amendments to the Sentencing Guidelines. When he was sentenced, he received two criminal history points because he was on probation when he committed his new crime. He wouldn't receive any points under the amended Guidelines. This change, however, does not affect his sentencing range. Hill still has four criminal history points, meaning he remains in criminal history category III. The Court doesn't have the power to reduce his sentence. 18 U.S.C. § 3582(c)(2). His motion, *Doc. 67*, is therefore denied.

Even if the Court could reduce Hill's sentence, a reduction wouldn't be proper. Hill was originally charged with being a felon in possession of a firearm and using that firearm in a Hobbs Act robbery. The United States agreed to dismiss the robbery charges, and, in return, Hill agreed to jointly recommend the ten-year statutory maximum. The Court concluded, and reaffirms now, that ten years is the just and

fair sentence in this case.

With that said, the Court is encouraged by Hill's report of his performance in prison. He has a job, is involved in programing, and has reduced his security risk levels. That is good work. Keep it up.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 April 2024