IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                              No. 4:16-cr-75-DPM

ATOMIC TUCKER HILL, III                                                DEFENDANT
Reg. No. 30790-009

ORDER

Hill's latest motion, *Doc. 70*, to modify the Judgment is denied. As I explained in an earlier Order, *Doc. 56*, I don't have jurisdiction to change the Judgment more than seven years after it was entered. Fed. R. Crim. P. 35(a); *see also United States v. Mathison*, 2016 WL 11650553, at *1-2 (N.D. Iowa 2 August 2016).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 March 2025